SCWC-18-0000454

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

CELESTE BAKER, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000454; CASE NO. 1DTC-17-035154)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed March 13, 2020, is corrected as follows:

On page 28, in the first and second sentences, replace "January 28, 2018" with "January 29, 2018".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, May 20, 2020.

/s/ Richard W. Pollack
Associate Justice

